UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF UBS COMMERCIAL MORTGAGE TRUST 2018-C11, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-C11,<br><br>                    Plaintiff(s),<br><br>v.<br><br>45 WEST 28TH, LLC, et al.,<br><br>                    Defendant(s). | 23-CV-7367 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      The following named defendants (together, "Unrepresented Defendants") have been served, with summons returned executed, but have not appeared: Defendants 45 West 28th, LLC, ECF Nos. 3, 30; 47 W 28th Street, LLC, ECF Nos. 4, 31; 51-55 W 28th Street, LLC, ECF Nos. 6, 32; 49 W 28th Street, LLC, ECF Nos. 5, 33; Rockway Fuel Oil Corporation, ECF Nos. 12, 35; New York Bureau of Highway Operations, ECF Nos. 9, 37; SGR Trust Pursuant to the Trust Agreement Dated June 14, 2011 Made by Shoshana Levy, as Grantor, by and through its trustee, Eric Goldberg, ECF Nos. 13, 24; Galit Levy, ECF Nos. 8, 38; and Rafaela Levy, ECF Nos. 11, 39.  Since September 11, 2023 (non-government agencies) or October 20, 2023 (government agencies), these parties have been in default.

      On December 12, 2023, the Plaintiff and Defendants East Coast Petroleum, Inc., and City of New York Environmental Control Board ("Represented Defendants") filed a notice of consent to conduct all proceedings before a magistrate judge.  Whereas the consent of all parties is required before this notice may be endorsed, the Plaintiff is hereby ORDERED to file a status

letter by December 20, 2023.  The letter shall address (1) whether this case has settled or otherwise been terminated as to the Unrepresented Defendants; (2) whether there have been any communications with the Unrepresented Defendants, and, if so, the nature of that contact; and (3) whether Plaintiff intends to move for default judgment as to the Unrepresented Defendants.

SO ORDERED.

Dated: December 14, 2023
New York, New York

_____
DALE E. HO
United States District Judge