UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF UBS COMMERCIAL MORTGAGE TRUST 2018-C11, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-C11,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>45 WEST 28TH, LLC, et al.,<br><br>                    Defendant(s). | 23-CV-7367 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On December 14, 2023, the Court directed Plaintiff to file a status letter by December 20, 2023. The deadline has passed, and Plaintiff has not filed a responsive submission.

Accordingly, it is hereby ORDERED that Plaintiff shall file a status letter by **January 12, 2024**. The letter shall address (1) whether this case has settled or otherwise been terminated as to the Unrepresented Defendants; (2) whether there have been any communications with the Unrepresented Defendants, and, if so, the nature of that contact; and (3) whether Plaintiff intends to move for default judgment as to the Unrepresented Defendants. The Plaintiff is on notice that failure to comply with the Court's Orders may result in sanctions.

SO ORDERED.

Dated: January 5, 2024
New York, New York

_____
DALE E. HO
United States District Judge