# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
WELLS FARGO BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE BENEFIT OF THE
REGISTERED HOLDERS OF UBS COMMERCIAL
MORTGAGE TRUST 2018-C11, COMMERCIAL
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2018-C11,

                          Plaintiff,

  -against-                                                  23 **CIVIL** 7367 (DEH)

                                                            **<u>JUDGMENT</u>**

45 WEST 28TH, LLC; 47 W 28TH STREET, LLC; 51-55
W 28TH STREET, LLC; 49 W 28TH STREET, LLC;
EAST COAST PETROLEUM, INC.; ROCKWAY FUEL
OIL CORP.; CITY OF NEW YORK ENVIRONMENTAL
CONTROL BOARD; NEW YORK BUREAU OF
HIGHWAY OPERATIONS; SGR TRUST PURSUANT
TO THE TRUST AGREEMENT DATED JUNE 14, 2011
MADE BY SHOSHANA LEVY, AS GRANTOR BY AND
THROUGH ITS TRUSTEE, ERIC GOLDBERG; GALIT
LEVY; RAFAELA LEVY; and JOHN DOE NO. I
THROUGH JOHN DOE NO. XXX, inclusive, the last thirty
names being fictitious and unknown to plaintiff, the persons
or parties intended being the tenants, occupants, persons or
corporations, if any, having or claiming an interest in or lien
upon the premises described in the complaint,,

                          Defendant.
------------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 07, 2024, the Court, having considered the Motion to dismiss, and Plaintiff having entered into an agreement with Defendants 45 West 28th LLC, 47 W 28th Street, LLC, 51-55 W 28th Street, LLC, and 49 W 28th Street, LLC to reinstate the

mortgage loan that is the subject of this action, and being duly advised in the matter, finds the Plaintiff's Motion is GRANTED, and the above-captioned case is dismissed without prejudice

**Dated:**  New York, New York

      February 07, 2024

                                      **RUBY J. KRAJICK**
                                      _____
                                          **Clerk of Court**

                 **BY:** *[signature]*
                                        **Deputy Clerk**